[No. 8820–3–I.   Division One.   March 31, 1981.]

THE STATE OF WASHINGTON, *Appellant,* v. MARK
McALLASTER, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–00761–2, Anthony P. Wartnik, J.,
entered April 29, 1980. *Affirmed* by unpublished opinion
per Ringold, A.C.J., concurred in by Williams and Callow,
JJ.

[No. 8702–9–I.   Division One.   March 31, 1981.]

*In the Matter of the Welfare of*
MARC TARICA.

Appeal from a judgment of the Superior Court for King
County, No. W–356, George H. Revelle, J., entered April 2,
1980. *Dismissed* by unpublished per curiam opinion.

[No. 8043–1–I.   Division One.   March 31, 1981.]

*In the Matter of the Marriage of* EVELYN
M. ANDERSON, *Respondent, and* ROBERT
L. ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. D–114679, Shannon Stafford, J. Pro Tem.,
entered September 24, 1979. *Affirmed* by unpublished
opinion per Durham, J., concurred in by Ringold, A.C.J.,
and Callow, J.

[No. 8502–6–I.   Division One.   March 31, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
LEWIS FOWLER, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 10525, Marshall Forrest, J., entered
February 21, 1980. *Affirmed* by unpublished opinion per
Corbett, J., concurred in by James, C.J., and Durham, J.